UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: STEPHEN C. BEKOWSKI | CASE NO. 18-11581 |
| JERI C. BEKOWSKI | SECTION A |
| DEBTORS | CHAPTER 7 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

CitiMortgage, Inc., as servicer for US Bank National Association as Trustee for CFMSI REMIC Series 2004-01-REMIC, Pass-Through Certificates Series 2004-01 ("Movant"), a secured creditor, through undersigned counsel, respectfully moves the Court to lift the automatic stay based on the following representations:

1.

This is a contested matter brought pursuant to Bankruptcy Rules 4001 and 9014.

2.

The Court has jurisdiction to grant the relief pursuant to Section 362 of the United States Bankruptcy Code.

3.

An automatic stay took effect on the filing of a bankruptcy petition under Chapter 7 of the Bankruptcy Code on June 19, 2018. The filing prohibits the commencement or continuation of any action against Debtors' Property without court authority.

4.

CitiMortgage, Inc. services the loan on the Property referenced in this Motion for Relief. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged Property, the

foreclosure will be conducted in the name of US Bank National Association as Trustee for CFMSI REMIC Series 2004-01-REMIC, Pass-Through Certificates Series 2004-01 ("Noteholder"). Noteholder directly or through an agent has possession of the Promissory Note. The Promissory Note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

5.

Movant is the holder of a Promissory Note executed by Stephen C. Bekowski and Jeri Westrope Bekowski, dated July 22, 2003, in the principal sum of $81,000.00, made payable to the order of WMC Mortgage Corp., endorsed to CitiFinancial Mortgage Company, Inc., endorsed in blank and held by Movant. The Note is secured by and paraphed "Ne Varietur" for identification with an Act of Mortgage of even date and amount on the following described Property:

> THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of ST. BERNARD, State of LOUISIANA, in that part thereof known as SUGAR MILL SUBDIVISION being a resubdivision of Lots 16 and 18 of Sebastopol Plantation, Section 11 and 12, T14S, R13E, and according to plan of subdivision made by Eugene I. Estopinal & Associates, C.E., dated May 20, 1986, revised May 12, 1987, and September 22, 1987, and approved by Ordinance of the St. Bernard Parish Police Jury registered in COB 413, folio 233, on February 1, 1988, said portion of ground is described as follows, to-wit:
>
> LOT 68 is situated in the square bounded by Joseph Drive, Jenie Drive and Sugar Mill Drive, forming the corner of the westerly line of Joseph Drive and the southerly line of Joseph Drive, and measures 65 feet front on the westerly line of Joseph Drive, with a width in the rear of 65.01 feet, by a depth and front on the southerly line of Joseph Drive of 76.96 feet, and by a depth of 78.15 feet on the opposite sideline. All as more fully shown on survey made by Eugene I. Estopinal & Associates, C.E., dated May 17, 1988.

Municipal Address: 1936 Joseph Drive, Saint Bernard, Louisiana 70085

A copy of the Note, recorded Mortgage and recorded Assignments are attached as an Exhibit.

6.

The Statement of Intention provides for Debtors' intent to surrender the Property.

7.

As of June 22, 2018, Debtors are delinquent in the payment of twelve (12) monthly installments of $559.72 each due for June 1, 2017 to May 1, 2018 and one (1) monthly installment of $1,278.27 due for June 1, 2018, for a total delinquency of $7,994.91, plus attorney's fees and costs should Debtors agree or they be awarded by the Court. Movant has not received any payments since the bankruptcy filing.

8.

Debtors list the value of the Property in Schedule D at $65,000.00, and Movant accepts that value for purposes of this motion. As of June 22, 2018, the total debt due to Movant is approximately $78,516.82 as outlined in the Affidavit in Support of the Motion for Relief, which is attached as an Exhibit. Based on the value, the claim amount and considering the expenses associated with administration or foreclosure, there is insufficient equity in the Property to protect Movant's interest adequately.

9.

Movant requests that the Court lift the stay because Debtors have insufficient equity in the Property to warrant administration, and the Property is unnecessary for an effective reorganization. 11 U.S.C. 362(d)(1)(2)(A)(B).

10.

Movant further requests that the order lifting the stay remain in full force and effect if this case is converted to any other chapter of the Bankruptcy Code and that Movant be authorized to continue with its state court action if necessary.

11.

In the alternative, Movant requests adequate protection as the Court deems reasonable and appropriate.

WHEREFORE, CitiMortgage, Inc., as servicer for US Bank National Association as Trustee for CFMSI REMIC Series 2004-01-REMIC, Pass-Through Certificates Series 2004-01, respectfully prays as follows:

1. That after notice and an opportunity for a hearing if an opposition is filed timely, the Court lift the automatic stay, or

2. Alternatively, that the Court order adequate protection or appropriate relief, and

3. That in either event the Court award reasonable attorney's fees and costs for the preparation and prosecution of this motion.

Respectfully submitted,

/s/ Cris Jackson
JACKSON & MCPHERSON, L.L.C.
Cris Jackson, Bar No. 20876
Tabitha Mangano, Bar No. 32569
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
(504) 581-9444 PHONE
(504) 588-2888 FAX

Attorney for Movant